**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0087-23

PATRICK DUFF,

     Plaintiff-Respondent,

v.

STOCKTON UNIVERSITY
and BRIAN KOWALSKI, in
his official capacity as
Records Custodian for
STOCKTON UNIVERSITY,

     Defendants-Appellants.

_____

Submitted March 11, 2025 – Decided March 3, 2025

Before Judges Sumners and Perez Friscia.

On appeal from the Superior Court of New Jersey, Law Division, Atlantic County, Docket No. L-0385-23.

Matthew J. Platkin, Attorney General, attorney for appellants (Raymond R. Chance, III, and Sara M. Gregory, Assistant Attorneys General, of counsel; Ryan J. Silver, Deputy Attorney General, on the briefs).

Pashman Stein Walder Hayden, PC attorneys for respondent (CJ Griffin, of counsel and on the brief).

PER CURIAM

The parties having filed a stipulation of dismissal, it is hereby ordered

that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

M.C. Harley

Clerk of the Appellate Division

2

A-0087-23